IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE JAMES PRIEST,
    Plaintiff,

vs.                                    3:07cv228/RV/MD

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 30, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED without prejudice under 28 U.S.C. 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

At Pensacola, Florida, this 14th day of September, 2007.

                                          */s/ Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE